## Honoria Brown v. John Brown.

*Contempt: Non-payment of alimony.* A party will not be brought into contempt for non-payment of alimony, unless a proper demand of payment and refusal is shown.

*Heard and decided April 4.*

*W. B. Wells* moves for an order to compel the payment of alimony allowed by this Court (*supra p. 246*), and reads an affidavit in support of his motion.

*W. Kingsley* objects:—1. That the affidavit does not state any demand. 2. It does not appear that the person serv-

ing the order for the payment of alimony had any authority to receive the money.

THE CHIEF JUSTICE—You need not proceed.     There is no evidence of any demand whatever.

*Kingsley* now moves for costs of resisting the motion, and reads an affidavit averring constant readiness to pay the alimony on demand.

THE CHIEF JUSTICE—We think you are entitled to $10 costs.